```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HELEN E. HENDERSON, et al.      :      CIVIL ACTION
                                :
     V.                         :
                                :
JUSTIN MATTHEWS, et al.         :      NO. 19-3040
```

## ORDER

AND NOW, this    29th    day of April, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of the City of Philadelphia to dismiss all claims asserted against it (Doc. # 20) is GRANTED.

                              BY THE COURT:


                              /s/ Harvey Bartle III_____
                                                         J.