IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HELEN E. HENDERSON, et al.    :    CIVIL ACTION
                                                    :
    V.                                           :
                                                  :
JUSTIN MATTHEWS, et al.       :    NO. 19-3040

ORDER

AND NOW, this   21st   day of May, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the Motion of Plaintiffs to Compel Responses to the Fifth Request for Production of Documents Nos. 2 and 4 and the Sixth Request for Production of Documents Nos. 1, 2, and 3 is DENIED.

                                                BY THE COURT:

                                                /s/ Harvey Bartle III
                                                                                   J.