```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HELEN E. HENDERSON, et al.     :     CIVIL ACTION
                               :
     V.                        :
                               :
JUSTIN MATTHEWS, et al.        :     NO. 19-3040
```

## ORDER

AND NOW, this 25th day of August, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The Motion of Plaintiffs for Leave to File Second Amended Complaint (Doc. # 62) is DENIED; and

(2) The Motion of Plaintiffs for Leave to Substitute the Proposed Second Amended Complaint filed with plaintiffs' Motion for Leave to File Second Amended Complaint (Doc. # 70) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                    J.