IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HELEN E. HENDERSON, et al. : CIVIL ACTION
:
v. :
:
JUSTIN MATTHEWS, et al. : NO. 19-3040

ORDER

AND NOW, this 4th day of November 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of plaintiffs for "leave to file second amended complaint stating Pinkston handcuffed Hughes the second time" (Doc. # 92) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.