IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HELEN E. HENDERSON, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JUSTIN MATTHEWS, et al. | : | NO. 19-3040 |

ORDER

AND NOW, this 9th day of November 2020, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants Justin Matthews, Marcus Baker, and Brandon Pinkston for summary judgment under Rule 56 of the Federal Rules of Civil Procedure (Doc. # 83) is GRANTED in part and DENIED in part:

(1) the motion of defendant Marcus Baker for summary judgment against plaintiff Ramil Hughes on the false arrest claim is GRANTED;

(2) the motion of defendants Justin Matthews, Marcus Baker, and Brandon Pinkston for summary judgment against plaintiffs Ramil Hughes and Helen Henderson on the First Amendment Retaliation claim is GRANTED;

(3) the motion of defendants Justin Matthews, Marcus Baker, and Brandon Pinkston for summary judgment against plaintiff Helen Henderson on the equal protection violation (selective treatment) claim is GRANTED;

(4) the motion of defendant Marcus Baker for summary judgment against plaintiff Helen Henderson on the excessive force claim is GRANTED; and

(5) the motion of defendants Justin Matthews and Brandon Pinkston for summary judgment against plaintiff Helen Henderson on the excessive force claim is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                              J.