IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HELEN E. HENDERSON | : | CIVIL ACTION |
| V. | : | |
| JUSTIN MATTHEWS, et al. | : | NO. 19-3040 |

ORDER

AND NOW, this 20th day of May, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion in limine of plaintiff Helen E. Henderson to preclude the expert testimony of Dr. Michael A. Troianio (Doc. # 111) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.