```
             IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HELEN E. HENDERSON              :       CIVIL ACTION
                                :
     V.                         :
                                :
JUSTIN MATTHEWS, et al.         :       NO. 19-3040
```

## ORDER

AND NOW, this  4th    day of November 2021, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of plaintiff for a new trial and for relief from judgment is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.